IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| JERRY TYRONE JACKSON,             )<br>                                                      )<br>         Petitioner,                         )<br>vs.                                                 )<br>                                                      )<br>KENNETH JONES, Warden;        )<br>ATTORNEY GENERAL OF         )<br>THE STATE OF ALABAMA,        )<br>                                                      )<br>         Respondents.                     ) | Case No.      3:07-cv-1910-RBP-TMP |

### O R D E R

On January 16, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. Petitioner filed his objections to the report and recommendation on January 30, 2009.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. The petitioner's objections to the report and recommendation are hereby OVERRULED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE. The respondents' objections may be considered on appeal, if any.

**DONE** and **ORDERED** this the 24th day of February, 2009.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**